NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Stephen McArthur
The McArthur Law Firm, PC
8383 Wilshire Blvd., Ste. 800
Beverly Hills, CA 90211

CLEAR FORM

ATTORNEY(S) FOR: Michael Horbovetz

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Michael Horbovetz | CASE NUMBER: | |
|---|---|---|
| Plaintiff(s), | | 2:24-cv-02706 |
| v. | | |
| ESPN, Inc. | **CERTIFICATION AND NOTICE** | |
| | **OF INTERESTED PARTIES** | |
| Defendant(s) | **(Local Rule 7.1-1)** | |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____ Michael Horbovetz _____
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Michael Horbovetz | Plaintiff |
| ESPN, Inc. | Defendant |
| The Walt Disney Company | Majority owner of ESPN, Inc. |

| 4/3/2024 | /s/ Stephen McArthur |
|---|---|
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

Michael Horbovetz